IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUSTIN FESSLER, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>INTERNATIONAL BUSINESS MACHINES )<br>CORPORATION, )<br>Defendant. )<br> ) | Civil Action No. 1:18-cv-798 |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion of even date,

It is hereby **ORDERED** that defendant's Motion to Dismiss (Doc. 10) is **GRANTED** and the Complaint (Doc. 1) is **DISMISSED**.

The Clerk of Court is directed to enter Rule 58, Fed. R. Civ. P., Judgment in favor of defendant and to place this matter among the ended causes.

The Clerk is further directed to terminate all pending motions and cancel all future hearings.

The Clerk is further directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
November 28, 2018

/s/
_____
T. S. Ellis, III
United States District Judge