# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Justin Fessler ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18cv798 (TSE/MSN) |
| ) | |
| ) | |
| International Business Machines Corporation ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

Pursuant to the order of this Court entered on 11/28/2018 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of International Business Machines Corporation and against Justin Fessler.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
Richard Banke
Deputy Clerk

Dated: 11/28/2018
Alexandria, Virginia