IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JUSTIN FESSLER,<br><br>　　　　Plaintiff<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>　　　　Defendant. | Case No. 1:18-cv-00798-TSE-MSN<br><br><br>**JOINT STIPULATION<br>OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant, by and through their undersigned counsel, stipulate and agree to the dismissal with prejudice of all claims in the above captioned lawsuit. The parties shall bear their own costs associated with this action.

Dated:  7th day of October 2021

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**

/s/ *Matthew E. Lee*
Matthew E. Lee*
N.C. State Bar No. 35405
Jeremy R. Williams*
N.C. State Bar No. 48162
Mark R. Sigmon*
N.C. State Bar No. 37762
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
mlee@milberg.com
jwilliams@milberg.com
msigmon@milberg.com

**JACKSON LEWIS P.C.**

/s/ *Matthew F. Nieman*
Matthew F. Nieman (VA Bar No. 47231)
10701 Parkridge Boulevard, Suite 300
Reston, Virginia 20191
Tel:　(703) 483-8300
Fax:　(703) 483-8301
E-mail: niemanm@jacksonlewis.com

Justin R. Barnes
Georgia Bar No. 105220
171 17th Street, NW, Suite 1200
Atlanta, Georgia 30363
Tel:　(404) 525-8200
Fax:　(404) 525-1173

Timothy R. Clinton (VA Bar No. 70902)
**CLINTON & PEED**
1775 Eye Street NW, Suite 1150
Washington, DC 20006
Tel: (202) 919-9492
tim@clintonpeed.com

\* admitted pro hac vice

**ATTORNEYS FOR PLAINTIFF**

E-mail: justin.barnes@jacksonlewis.com

**ATTORNEYS FOR DEFENDANT**

So Ordered

/s/ _____ 10/7/21
T. S. Ellis, III
United States District Judge

2